```
SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
CY IRVING BROWN
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>CY IRVING BROWN<br><br>        Defendant. | CASE NO. 2:11-CR-00212 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING, SET MOTION SCHEDULE, AND EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

## Stipulation

This case is currently scheduled for a status hearing on November 21, 2011. The parties, through undersigned counsel, stipulate that additional time is needed for defense preparation and for the drafting of a defense motion to suppress evidence. As such, the parties stipulate to the following briefing schedule and non-evidentiary hearing date and request that the status hearing be continued accordingly:

| | |
|---|---|
| Defendants' Moving Papers: | December 5, 2011 |
| Government's Opposition: | January 2, 2012 |
| Defendants' Optional Reply: | January 16, 2012 |
| Non-evidentiary Hearing and Determination of Need for Evidentiary Hearing: | January 30, 2012, at 9:30 a.m. |

1

It is further stipulated that time for trial under the Speedy Trial Act be excluded pursuant to 19 U.S.C. § 3161(h)(1)(D) & (h)(7)(A) & (B)(iv), Local Codes E and T-4. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

The prosecutor has authorized the defense counsel for Cy Brown to sign this stipulation on his behalf.

DATED: November 16, 2011  BENJAMIN WAGNER
United States Attorney

by  /s/ Scott N. Cameron, for
Jason Hitt
Assistant U.S. Attorney

DATED: November 16, 2011  by  /s/ Scott N. Cameron
Scott N. Cameron
Counsel for Cy Brown

## Order

For the reasons stated in the above stipulation of counsel, the briefing schedule and non-evidentiary hearing date stipulated to by counsel is hereby ordered and that the status hearing currently set for November 21, 2011, be continued accordingly. The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. Time for trial under the Speedy Trial Act is excluded from the date of the execution of this stipulation through January 30, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare], Local Code T4, and 18 U.S.C. § 3161(h)(7)(1)(D), Local Code E (commencing with the filing of motions).

DATED:  November 17, 2011

_WILLIAM B. SHUBB_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE