```
 1  SCOTT N. CAMERON
    Attorney at Law
 2  1007 7th Street, Suite 319
    Sacramento, California 95814
 3  Telephone: (916) 442-5230

 4  Attorney for:
    CY IRVING BROWN
 5
 6
 7
                 IN THE UNITED STATES DISTRICT COURT
 8             FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )  CASE NO.  2:11-CR-0212 WBS
                                 )
11              Plaintiff,       )  STIPULATION AND [PROPOSED] ORDER
                                 )  CONTINUING BRIEFING SCHEDULE AND
12       v.                      )  NON-EVIDENTIARY HEARING DATE, AND
                                 )  EXCLUDING TIME
13  CY IRVING BROWN,             )
                                 )
14              Defendant.       )
                                 )
15
                               Stipulation
16
```

The parties, through undersigned counsel, stipulate that the briefing schedule and non-evidentiary hearing may be continued pursuant to the below listed schedule. Counsel for the defense needs the additional two weeks of time to complete the investigation and obtain relevant declarations to be attached to the motion.

As such, the parties stipulate that the briefing schedule and non-evidentiary hearing date may be rescheduled as follows:

Defendant's Moving Papers: December 19, 2011

Government's Opposition: January 16, 2012

Defendant's Optional Reply: January 30, 2012

Non-evidentiary Hearing and
Evidentiary Hearing Setting: **February 13, 2012, at 9:30 a.m.**

1

IT IS FURTHER STIPULATED THAT time for trial under the Speedy Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) & (h)(7)(A) & (B)(iv), Local Codes E and T-4. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

The prosecutor has authorized the defense counsel for Cy Brown to sign this stipulation on his behalf.

DATED: December 1, 2011         BENJAMIN WAGNER
                                United States Attorney

                        by      /s/ Scott N. Cameron, for
                                Jason Hitt
                                Assistant U.S. Attorney

DATED: December 1, 2011 by      /s/ Scott N. Cameron
                                Scott N. Cameron
                                Counsel for Cy Brown

## Order

For the reasons stated in the above stipulation of counsel, the briefing schedule and non-evidentiary hearing date stipulated to by counsel is hereby ordered.

The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. Time for trial under the Speedy Trial Act is excluded from the date of the execution of this stipulation through February 13, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare], Local Code T4, and 18 U.S.C. § 3161(h)(7)(1)(D), Local Code E (commencing with the filing of motions).

DATED: December 1, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE