SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
CY IRVING BROWN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:11-CR-0212 WBS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER** |
| | ) | **CONTINUING BRIEFING SCHEDULE AND** |
| v. | ) | **NON-EVIDENTIARY HEARING DATE, AND** |
| | ) | **EXCLUDING TIME** |
| CY IRVING BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

**Stipulation**

The parties, through undersigned counsel, stipulate that the briefing schedule and non-evidentiary hearing may be continued pursuant to the below listed schedule. Counsel for the defendant is scheduled to be in an unrelated jury trial on the date currently set for the non-evidentiary hearing in this matter. Moreover, the number of issues raised in defendant's moving papers exceeds what was initially contemplated when the original briefing schedule was agreed to by the parties. Both parties are conducting additional investigation and legal research and the additional time requested is necessary for counsel preparation.

Therefore, the parties stipulate that the briefing schedule and non-evidentiary hearing date may be rescheduled as follows:

1

| | | |
|---|---|---|
| 1 | Defendant's Moving Papers: | Completed |
| 2 | Government's Opposition: | February 13, 2012 |
| 3 | Defendant's Optional Reply: | February 27, 2012 |
| 4 | Non-evidentiary Hearing and Evidentiary Hearing Setting: | March 12, 2012, at 9:30 a.m. |

IT IS FURTHER STIPULATED THAT time for trial under the Speedy Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) & (h)(7)(A) & (B)(iv), Local Codes E and T-4. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

The prosecutor has authorized the defense counsel for Cy Brown to sign this stipulation on his behalf.

DATED: January 31, 2012  BENJAMIN WAGNER
United States Attorney

by  /s/ Scott N. Cameron, for
Jason Hitt
Assistant U.S. Attorney

DATED: January 31, 2012  by  /s/ Scott N. Cameron
Scott N. Cameron
Counsel for Cy Brown

**Order**

For the reasons stated in the above stipulation of counsel, the briefing schedule and non-evidentiary hearing date stipulated to by counsel is hereby ordered.

The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. Time for trial under the Speedy Trial Act is excluded from the date of the execution of this stipulation

2

through March 12, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare], Local Code T4, and 18 U.S.C. § 3161(h)(7)(1)(D), Local Code E (commencing with the filing of motions).

DATED: January 31, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE