```
1  SCOTT N. CAMERON
   Attorney at Law
2  1007 7th Street, Suite 319
   Sacramento, California 95814
3  Telephone: (916) 442-5230

4  Attorney for:
   CY IRVING BROWN
5
```

                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:11-CR-0212 WBS |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE AND NON-EVIDENTIARY HEARING DATE, AND EXCLUDING TIME** |
| v. | ) | |
| CY IRVING BROWN, | ) | |
| Defendant. | ) | |

### Stipulation

The parties, through undersigned counsel, stipulate that the briefing schedule and non-evidentiary hearing may be continued pursuant to the below listed schedule. Based on the government's opposition brief, it has become necessary for the defense to inspect the physical evidence seized and booked in this case. The parties are currently coordinating an evidence viewing for that purpose. As such the requested continuance is necessary for counsel preparation.

Therefore, the parties stipulate that the briefing schedule and non-evidentiary hearing date may be rescheduled as follows:

| | |
|---|---|
| Defendant's Moving Papers: | Completed |
| Government's Opposition: | Completed |
| Defendant's Optional Reply: | March 12, 2012 |
| Non-evidentiary Hearing and Evidentiary Hearing Setting: | March 26, 2012, at 9:30 a.m. |

1

IT IS FURTHER STIPULATED THAT time for trial under the Speedy Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) & (h)(7)(A) & (B)(iv), Local Codes E and T-4. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

The prosecutor has authorized the defense counsel for Cy Brown to sign this stipulation on his behalf.

DATED: February 24, 2012  BENJAMIN WAGNER
United States Attorney

by  /s/ Scott N. Cameron, for
Jason Hitt
Assistant U.S. Attorney

DATED: February 24, 2012  by  /s/ Scott N. Cameron
Scott N. Cameron
Counsel for Cy Brown

## Order

For the reasons stated in the above stipulation of counsel, the briefing schedule and non-evidentiary hearing date stipulated to by counsel is hereby ordered.

The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. Time for trial under the Speedy Trial Act is excluded from the date of the execution of this stipulation through March 26, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare], Local Code T4, and 18 U.S.C. § 3161(h)(7)(1)(D), Local Code E (commencing with the filing of motions).

DATED: February 24, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE