SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
CY IRVING BROWN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-0212 WBS |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER FOR PRE-PLEA CRIMINAL HISTORY REPORT AND FOR CONTINUANCE OF EVIDENTIARY HEARING** |
| v. | |
| CY IRVING BROWN, | |
| Defendant. | |

## Stipulation

The parties, through undersigned counsel, stipulate that the evidentiary hearing on the pending motion to suppress evidence, now scheduled for May 11, 2012, may be continued to June 8, 2012, at 9:00 a.m. The parties have recently had productive settlement negotiations; however, the potential settlement is hampered by the uncertainty in the calculation of defendant's criminal history category. As such the parties desire to continue the evidentiary hearing to allow for the preparation of a pre-plea criminal history report by the Probation Department.

In addition, the parties stipulate that a pre-plea criminal history report would be appropriate in this case. There is sufficient ambiguity in defendant's "RAP" sheet such that the criminal history for defendant cannot be determined with sufficient confidence to

1

adequately advise defendant of the consequences of a change of plea. As such, the parties request that this Court order the pre-plea criminal history report. Probation Officer Jeff Oestreicher has been consulted regarding the lead time necessary for the preparation of the report.

IT IS FURTHER STIPULATED THAT time for trial under the Speedy Trial Act may be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) & (h)(7)(A) & (B)(iv), Local Codes E and T-4. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

The prosecutor has authorized the defense counsel for Cy Brown to sign this stipulation on his behalf.

DATED: April 24, 2012            BENJAMIN WAGNER
                                 United States Attorney

                            by   /s/ Scott N. Cameron, for
                                 Jason Hitt
                                 Assistant U.S. Attorney

DATED: April 24, 2012       by   /s/ Scott N. Cameron
                                 Scott N. Cameron
                                 Counsel for Cy Brown

**([Proposed] Order on Next Page)**

/ / /

/ / /

/ / /

/ / /

1 | **<u>Order</u>**

For the reasons stated in the above stipulation of counsel, the evidentiary hearing on the motion to suppress is hereby continued to June 8, 2012, at 9:00 a.m. In addition, the court orders the United States Probation Department to conduct a criminal history evaluation, and to determine the criminal history category, of defendant CY BROWN.

The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. Time for trial under the Speedy Trial Act is excluded from the date of the execution of this stipulation through June 8, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare], Local Code T4, and 18 U.S.C. § 3161(h)(7)(1)(D), Local Code E (commencing with the filing of motions).

DATED: April 25, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE